# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2009

138619

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellee,

v

SUE E. RADULOVICH,
        Respondent-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138619
ADB: 06-50-GA

On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The stay granted pursuant to MCR 9.122(C) shall remain in effect until 21 days after the effective date of this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk

p0831